

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 1, 2020

**By ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

**Re:** *United States v. James Mayo*, **20 CR 317 (LTS)**

Dear Judge Swain,

      On behalf of the parties, the Government respectfully writes to request an adjournment of the initial conference scheduled for July 6, 2020 to a date and time of convenience to the Court during the week of July 13, 2020 or as soon as possible thereafter at which it is also possible for the Court to arrange with the District Court Clerk's Office and the Metropolitan Correctional Center, where the defendant is presently detained, for the defendant to participate in the initial conference by videoconference. In addition, after having been advised by the Magistrate Clerk's Office that the parameters that govern its ability to schedule a referred arraignment in magistrate court by videoconference are identical to those involved in scheduling the aforementioned initial conference and that a similar time period would be required to schedule such a referred arraignment, the parties further respectfully request that at the initial conference the defendant also be arraigned on the indictment by the Court.

The conference is adjourned to July 13, 2020. The Court will request an 11AM videoconference slot but counsel must hold their calendars open from 9AM to 1PM because the time cannot be confirmed until late in the week of July 6th. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through 7/13/2020 outweigh the best interests of the public and the defendant(s) in a speedy trial for the reasons stated above.
SO ORDERED.
Dated: 7/2/2020
/s/ Laura Taylor Swain
Laura Taylor Swain, USDJ

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: *Thomas John Wright*
    Thomas John Wright
    Assistant United States Attorney
    (212) 637-2295

cc: Chrrstopher Flood (Counsel to Defendant James Mayo) (by ECF)