

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 31, 2020

**By ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. James Mayo and Jonathan Smith*, 20 CR 317 (LTS)

Dear Judge Swain,

On behalf of the parties, the Government respectfully writes to request an adjournment of the conference scheduled for November 6, 2020 to a date and time of convenience to the Court during the week of December 7, 2020 or as soon as possible thereafter.  The parties are available to conduct the conference at any time during that week of December 7, 2020 with the exception of December 8, 2020.  The Government understands from counsel to the defendants that additional time is necessary for them to review discovery with their clients and discuss a possible pre-trial disposition.  Finally, with the consent of the defendants, the Government also respectfully requests that the Court exclude time under the Speedy Trial Act from today through the date of any granted adjournment of the conference pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the defendants and the public in a speedy trial are outweighed here by the ends of justice served by allowing the defendants to receive and review additional discovery and consider further the possibility of a pre-trial disposition, particularly amidst the circumstances of the ongoing national emergency declared in response to the coronavirus pandemic.

The foregoing adjournment and exclusion requests are granted, for the reasons stated above.  The conference is adjourned to December 7, 2020, at 9:00 a.m.  DE#23 resolved.
SO ORDERED.
11/02/2020
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Christopher Flood (Counsel to Defendant James Mayo) (by ECF)
     Robert Radick (Counsel to Defendant Jonathan Smith) (by ECF)