UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

JAMES MAYO and JONATHAN SMITH,

               Defendants.

---------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT A CRIMINAL PROCEEDING**

20-CR-317 (LTS)

**Check Proceeding that Applies**

__X__     Arraignment

I have reviewed a copy of the Superseding Indictment containing the charges against me with my attorney.  I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the Superseding Indictment and to have the Superseding Indictment read aloud to me if I wish. By signing this document, I wish to advise the court of the following.  I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that**:**

1)     I have reviewed a copy of the Superseding Indictment with my attorney.
2)     I do not need the judge to read the Superseding Indictment aloud to me.

Date:     ___/s/ Jonathan Smith_____

          Signature of Defendant

          ___Jonathan Smith_____

          Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the Superseding Indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's physical absence.

\_\_\_/s/ Robert Radick_____  
Signature of Defense Counsel

\_\_\_Robert Radick_____  
Print Name

Date: _____12/7/20_____

**Accepted:**

\_\_\_\_/s/ Laura Taylor Swain_____  
Signature of Judge

Date: \_\_\_\_12/7/20_____