

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2021

**By ECF**

The Honorable Laura Taylor Swain          <u>MEMO ENDORSED</u>
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    **Re:**    ***United States v. James Mayo*, 20 CR 317 (LTS)**

Dear Judge Swain,

      On behalf of the parties, the Government respectfully writes to advise the Court that counsel to the defendant, Christopher Flood, Esq., has confirmed to the Government that a conflict of interest, which he believes is not waivable, has materialized for the Federal Defenders of New York in its representation of the defendant, which requires his relief as counsel. For this reason, the parties respectfully request to appear before the Court at the earliest opportunity for the Court to address this conflict of interest and appoint substitute counsel, as appropriate.

Respectfully submitted,

The Court will request remote
hearing facilities for January
22, 2021, at 9:00 a.m. DE#30          AUDREY STRAUSS
resolved.                             Acting United States Attorney
SO ORDERED.
1/7/2021
/s/ Laura Taylor Swain, USDJ
                          By: *Thomas John Wright*
                             Thomas John Wright
                             Assistant United States Attorney
                             (212) 637-2295

cc: Christopher Flood (Counsel to Defendant James Mayo) (by ECF)