UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

       -v-                                                        No. 20-CR-317-LTS

JAMES MAYO,

                        Defendant.

-------------------------------------------------------------X

### ORDER

       Mr. Christopher A. Flood, Esq., from Federal Defenders is relieved as counsel for the defendant. The defendant in the above-captioned matter is now represented by CJA counsel, Ms. Kristen M. Santillo, Esq.

Dated:  New York, New York
          January 22, 2021

                                                                             /s/  Laura Taylor Swain
                                                                         LAURA TAYLOR SWAIN
                                                                         United States District Judge