

April 23, 2021

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. James Mayo*,
       20-cr-317

Dear Judge Swain:

   On behalf of defendant James Mayo, I write to request a 30-day adjournment of the pretrial conference currently scheduled for May 7, 2021 at 12:00pm. I make this request to enable additional time for the review of discovery and for discussions with the Government about a potential resolution.

   This is the first request for an adjournment of this conference. The Government consents to this adjournment. The parties agree to an exclusion of time until the next conference.

                                       Sincerely,

                                       /s/ Kristen M. Santillo
                                       Kristen M. Santillo
                                       *Attorney for James Mayo*

Cc:   AUSA Thomas Wright

The application is granted. The conference is adjourned to June 4, 2021, at 12:00 p.m. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through June 4, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE# 41 resolved.

SO ORDERED.
Dated: 4/23/2021
/s/ Laura Taylor Swain, Chief USDJ