

May 21, 2021

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re:   *United States v. James Mayo*,
        20-cr-317

Dear Judge Swain:

On behalf of defendant James Mayo, I write to request a 30-day adjournment of the pretrial conference currently scheduled for June 4, 2021 at 12:00 p.m. to allow the parties additional time to discuss a potential resolution of this matter. The Government consents to this adjournment. The parties agree to an exclusion of time until the next conference.

This is the second request for an adjournment of this conference. The previous request, which was also made on consent, was granted by this Court on April 23, 2021, *see* ECF No. 42.

Sincerely,

/s/ Kristen M. Santillo
Kristen M. Santillo
*Attorney for James Mayo*

Cc:   AUSA Thomas Wright


The application is granted.  The conference is adjourned to July 2, 2021, at 10:30am.  The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through July 2, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  Docket entry number 45 is resolved.
SO ORDERED.
5/24/2021
/s/ Laura Taylor Swain, Chief USDJ