

June 18, 2021

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re:   *United States v. James Mayo*,
         20-cr-317

Dear Judge Swain:

On behalf of defendant James Mayo, I write to request a 60-day adjournment of the pretrial conference currently scheduled for July 2, 2021 at 10:30 a.m. The adjournment is requested to allow defense counsel to meet with Mr. Mayo in person to review video discovery. Mr. Mayo was recently transferred from the MCC to the MDC, and he will have to quarantine before in-person visits are permitted again. The requested adjournment should allow enough time to meet with Mr. Mayo to review his discovery. The Government consents to this adjournment. The parties agree to an exclusion of time until the next conference.

This is the third request for an adjournment of this conference. The previous requests, which were both made on consent, were granted by this Court on April 23, 2021, *see* ECF No. 42, and on May 24, 2021, *see* ECF No. 46.

Sincerely,

/s/ Kristen M. Santillo
Kristen M. Santillo
*Attorney for James Mayo*

Cc:   AUSA Thomas Wright

The foregoing request for an adjournment is granted.  The next pretrial conference is hereby scheduled for August 16, 2021 at 12:00pm.  The parties shall notify Chambers by email on or before August 2, 2021 as to whether they request to proceed remotely or in person.  The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through August 16, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. Docket entry 47 is resolved.
SO ORDERED.
6/21/2021
/s/ Laura Taylor Swain, Chief USDJ