

August 12, 2021

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. James Mayo*,
      20-cr-317

Dear Judge Swain:

Pursuant to prior correspondence with the Court and the Government, I write to request an adjournment of the telephonic conference currently scheduled for August 16, 2021 at 12:00 p.m. until August 17, 2021 at 10:30 a.m. The reason for the requested adjournment is that the Metropolitan Detention Center, where Mr. Mayo is presently detained, is unable to make him available for a telephone call on August 16, 2021.

Both parties consent to this adjournment. Mr. Mayo consents to appear by telephone. The parties agree to an exclusion of time until August 17, 2021 at 10:30 a.m.

Sincerely,

/s/ Kristen M. Santillo
Kristen M. Santillo
*Attorney for James Mayo*

Cc:   AUSA Thomas Wright

The foregoing adjournment request is granted. The conference is hereby rescheduled for August 17, 2021 at 10:30am. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through August 17, 2021 outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  Dkt. entry no. 57 resolved.
SO ORDERED.
8/12/2021
/s/ Laura Taylor Swain, USDJ