

September 16, 2021

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. James Mayo*,
       20-cr-317

Dear Judge Swain:

    At the Court's request, the parties have conferred and jointly request an adjournment of the pretrial conference, currently scheduled for October 1, 2021 at 11:00 a.m., until October 12, 2021 at 9:00 a.m.  In addition, to avoid the possibility that Mr. Mayo may have to quarantine in connection with an in-person appearance, the defense requests that the conference be held by telephone.  The parties agree to an exclusion of time until October 12, 2021.

Sincerely,

/s/ Kristen M. Santillo
Kristen M. Santillo
*Attorney for James Mayo*

Cc:   AUSA Thomas Wright

The foregoing request for adjournment is granted.  The teleconference is hereby rescheduled for October 12, 2021 at 9:00am.  The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through October 12, 2021, outweigh the best interests of the public and the defendant in a speedy trial.  Docket entry #60 resolved.
SO ORDERED.
9/17/2021
/s/ Laura Taylor Swain, Chief USDJ