

October 18, 2021

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. James Mayo*,
      20-cr-317

Dear Judge Swain:

     On behalf of defendant James Mayo, I write to request that our upcoming status conference in the above-captioned matter be held as a teleconference. As the Court may recall, our status conference with Mr. Mayo on October 12, 2021 was not held because Mr. Mayo was not produced for the call by the Metropolitan Detention Center ("MDC"). During that conference, the parties agreed to schedule another conference with Mr. Mayo present in a few weeks. I was able to meet and confer with Mr. Mayo yesterday at the MDC, and due to the burden of the transport and the fact that we will be discussing administrative matters at the conference, including setting a motions schedule, Mr. Mayo would prefer that the conference proceed as a teleconference. Thank you for your consideration of this request.

Sincerely,

/s/ Kristen M. Santillo
Kristen M. Santillo
*Attorney for James Mayo*

Cc:   AUSA Thomas Wright

The foregoing request is granted. The conference previously scheduled in this matter for October 28, 2021, at 12:00 p.m. will be conducted telephonically. As was stated on the record at the October 12, 2021, conference, the Court has found pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time through October 28, 2021, from speedy trial computations outweigh the best interests of the public and the defendant in a speedy trial in order to permit defense counsel to have further opportunity to confer with her client regarding defense strategy in this action. DE no. 65 resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ 10/18/2021