UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                                No. 20-CR-317-LTS

JAMES MAYO,                                                                     ORDER

        Defendant.

-------------------------------------------------------x

        The change of plea hearing in this case is scheduled to proceed on **May 12, 2022**, at **10:00 a.m.** in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                        /s/ Laura Taylor Swain
       May 9, 2022                              LAURA TAYLOR SWAIN
                                                            Chief United States District Judge