UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                    No.  20-CR-317-LTS

JAMES MAYO,                                                   ORDER

       Defendant.

-------------------------------------------------------x

The change of plea hearing in this case, originally scheduled to proceed on May 12, 2022, at 10:00 a.m., has been rescheduled to proceed on **May 17, 2022,** at **11:00 a.m.** in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

SO ORDERED.

Dated: New York, New York                       /s/ Laura Taylor Swain
      May 13, 2022                             LAURA TAYLOR SWAIN
                                                      Chief United States District Judge