UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                            No. 20-CR-317-LTS

JAMES MAYO,                                                      ORDER

        Defendant.

-------------------------------------------------------x

        The sentencing hearing in this case, originally scheduled to proceed on August 4, 2022, at 12:00p.m., is hereby rescheduled to proceed on October 13, 2022, at 2:30p.m.

        SO ORDERED.

Dated: New York, New York                    /s/ Laura Taylor Swain
       May 23, 2022                            LAURA TAYLOR SWAIN
                                                      Chief United States District Judge