

September 27, 2022

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. James Mayo*, 20-cr-317

Dear Judge Swain:

      On behalf of defendant James Mayo, I write to request an adjournment of the sentencing currently scheduled for Mr. Mayo on October 13, 2022 to December 8, 2022, when I understand the Court has availability.  I am currently on trial in the District of New Jersey and the trial is likely to continue through October 13, 2022, so I will not be able to attend the sentencing on October 13, 2022.  I have reached out to the Government to confirm that the December 8, 2022 date works but have not yet received a response.  Thank you for your consideration of this request.

The foregoing adjournment request is granted. The sentencing hearing in this case is hereby rescheduled for December 8, 2022, at 10:00 a.m. Dkt. no. 100 resolved.  SO ORDERED. 9/28/22 /s/ Laura Taylor Swain, Chief USDJ

Sincerely,

/s/ Kristen M. Santillo
Kristen M. Santillo
*Attorney for James Mayo*

      Cc:    AUSA Thomas Wright