UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-　　　　　　　　　　　　　　　　　　　　　　No. 20-CR-317-LTS

JAMES MAYO,　　　　　　　　　　　　　　　　　　　ORDER

        Defendant.

-------------------------------------------------------x

The sentencing hearing in this case is hereby rescheduled to proceed on **December 1, 2022, at 11:00 a.m**. in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

    SO ORDERED.

Dated: New York, New York　　　　　　　　　 /s/ Laura Taylor Swain
       October 24, 2022　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge