UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                         No. 20-CR-317-LTS

JAMES MAYO,                                         ORDER

        Defendant.

-------------------------------------------------------x

The sentencing hearing in this case is hereby rescheduled to proceed on **January 20, 2023 at 2:00 p.m**. in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

       SO ORDERED.

Dated: New York, New York                        /s/ Laura Taylor Swain
      December 8, 2022                             LAURA TAYLOR SWAIN
                                                                  Chief United States District Judge