

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 22, 2026

**By ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

    Re:    *United States v. James Mayo*, **20 CR 317 (LTS)**

Dear Chief Judge Swain,

    The Government writes to respectfully request an adjournment of the appearance scheduled for Tuesday, May 26, 2026 at 2:30 PM in the pending violation of supervised release proceedings. The Government has been informed that United States Probation Officer Alicia Black, who is assigned to this case, was obliged to step away from the courthouse for the balance of this past week on an unexpected basis. In the interim, the Government understands from United States Probation Officer Larren Riley, who has been assigned on a temporary basis to cover this case, that a possible further amendment of the current violation report dated April 23, 2026 may be forthcoming, as the Government understands Probation may have discussed with the Court. For that reason, and in order to give the parties and Probation an opportunity to consider any further amended violation report, the Government respectfully requests that the Court adjourn the appearance to the morning of Monday, June 1, 2026, when the parties and Probation are all available, or whenever thereafter is convenient for the Court.

    Respectfully,

JAY CLAYTON
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

The foregoing request is granted. The appearance scheduled in this matter is hereby adjourned from May 26, 2026 to **June 10, 2026 at 11:00 AM**. Defense Counsel shall file its submission, if any, **by May 29, 2026**, and the Government shall file its submission, if any, by **June 3, 2026**. DE 130 resolved.

SO ORDERED.
5/26/2026
/s/ Laura Taylor Swain,
Chief USDJ